IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| LATRAE DARNELL HAMPTON ) | CHAPTER: 13 |
| MIATTA KEBEE HAMPTON ) | CASE NO.: 15-02878 |
| 1501 WOODLAND POINTE DR., APT 304 ) | JUDGE: HARRISON |
| NASHVILLE, TN 37214 ) | |
| SSN: XXX-XX-6464/3267 ) | |
|     Debtor | |

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS: MAY 6, 2019.**
**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE: MAY 15, 2019, at 8:30 a.m. in Courtroom 1, Customs House, 701 Broadway, Nashville, TN 37203.**

### NOTICE OF MOTION TO UTILIZE INSURANCE PROCEEDS AND TO REQUIRE CREDITOR TO RELEASE TITLE OF DESTROYED VEHICLE TO ALLOW DISPOSITION OF SALVAGE

Counsel for Debtor has asked the court for the following relief: to utilize insurance proceeds and to require Creditor to release title of destroyed vehicle to allow disposition of salvage.

**YOUR RIGHTS MAY BE AFFECTED.** If you do not want the court to grant the attached motion by entering the attached order, or if you want the court to consider your views on the motion, then on or before the response date stated above, you or your attorney must:

1. File with the court your response or objection explaining your position. **PLEASE NOTE: THE BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE REQUIRES ELECTRONIC FILING. ANY RESPONSE OR OBJECTION YOU WISH TO FILE MUST BE SUBMITTED ELECTRONICALLY. TO FILE ELECTRONICALLY, YOU OR YOUR ATTORNEY MUST GO TO THE COURT WEBSITE AND FOLLOW THE INSTRUCTIONS AT: <https://ecf.tnmb.uscourts.gov>** .

   If you need assistance with Electronic Filing you may call the Bankruptcy Court at (615) 736-5584. You may also visit the Bankruptcy Court in person at: US Bankruptcy Court, 701 Broadway, 1st Floor, Nashville, TN (Monday - Friday, 8:00 A.M. - 4:00 P.M.).

2. Your response must state that the deadline for filing responses, the date of the scheduled hearing and the motion to which you are responding is.

    If a response is filed before the deadline stated above, the hearing will be held at the time and place indicated above. ***THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE.*** You may check whether a timely response has been filed by calling the Clerk's office at (615) 736-5584 or viewing the case on the Court's website at <www.tnmb.uscourts.gov>.

    If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

| | |
|---|---|
| Date: April 15, 2019 | Signature: /s/ Jodie Thresher |
| | Name: Jodie Thresher |
| | Address: 1222 16th Avenue South, Suite 12 |
| |          Nashville, TN 37212-2926 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| LATRAE DARNELL HAMPTON | ) | CHAPTER: 13 |
| MIATTA KEBEE HAMPTON | ) | CASE NO.: 15-02878 |
| 1501 WOODLAND POINTE DR., APT 304 | ) | JUDGE: HARRISON |
| NASHVILLE, TN 37214 | ) | |
| SSN: XXX-XX-6464/3267 | ) | |
| Debtor | | |

## MOTION TO UTILIZE INSURANCE PROCEEDS AND TO REQUIRE CREDITOR TO RELEASE TITLE OF DESTROYED VEHICLE TO ALLOW DISPOSITION OF SALVAGE

COMES THE DEBTOR, through counsel, Rothschild and Ausbrooks, PLLC, and would move to utilize insurance proceeds and require Creditor to release title of destroyed vehicle to allow disposition of salvage and in support of this motion would state as follows:

1) Debtor moves the Court for an order authorizing them to use insurance proceeds issued as a result of a total loss accident by Progressive Group of Insurance Companies in the amount of $4,716.00.

2) Debtor further moves the Court to require the line-holder on the totaled 2013 Chrysler 200, Insolve Auto Funding, LLC, to release its lien on the title and to remit same to Progressive Group of Insurance Companies to allow disposition of salvage.

3) Progressive Group of Insurance Companies shall remit $3,894.66 to the Chapter 13 Trustee to be earmarked for the claim of Insolve Auto Funding, LLC (ECF Claim #20). Progressive Group of Insurance Companies shall remit the remaining $821.34, exempt under T.C.A. §26-2-103, to the Debtors to be utilized in purchasing a replacement vehicle free and clear of liens.

Respectfully submitted,

*/s/ Jodie Thresher*
Jodie Thresher
ROTHSCHILD & AUSBROOKS, PLLC
Attorney for Debtor(s)
1222 16th Avenue South, Suite 12
Nashville, TN 37212
(615) 242-3996 (telephone)
(615) 242-2003 (facsimile)
notice@rothschildbklaw.com

# CERTIFICATE OF SERVICE

I certify that on this 15th day of April, 2019, I served a copy of the foregoing in the following manner:

*Email by Electronic Case Noticing to:*

Asst. U.S. Trustee
Henry E. Hildebrand, III, Chapter 13 Trustee

*By U.S. Postal Service, postage prepaid to:*

To the Debtor and affected parties per the attached mailing matrix below.

*By U.S. Postal Service, Certified Mail to:*

*By email to:*

Progressive Group of Insurance Companies via email to Caroline_Herd@progressive.com

*/s/ Jodie Thresher*
Jodie Thresher


63 TOTAL USPS MAILINGS: $63.00

**Action Collection Agency**
Attn: Officer Manager or Agent
PO Box 210166
Nashville TN 37221

**Advance Financial**
Attn Officer Manager or Agent
1901 Church St
Nashville TN 37203

**American Car Center**
Attn: Officer Manager or Agent
1635 Bell Road
Nashville TN 37211

**American Financial**
6400 Winchester Road
Memphis, TN 38115

**American InfoSource LP as agent for**
Midland Funding LLC
PO Box 268941
Oklahoma City, OK 73126-8941

**Belmont University**
Attn: Officer Manager or Agent
181 Montour Run Road
Coraopolis PA 15108

**Capital One**
Attn: Officer
PO Box 30285
Salt Lake City UT 84130-0285

**Cavalry SPV I, LLC**
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595

**Credit One Bank**
Attn: Officer
PO Box 98872
Las Vegas NV 89193

**Credit Vision Inc**
Attn: Officer Manager or Agent
2211 E Continental Blvd #170
Southlake TX 76092

**DIAGNOSTIC IMAGING, INC**
C/O FOX COLLECTION CENTER
PO BOX 528
GOODLETSVILLE, TN 37070

**Discover Financial Services LLC**
Attn: Officer
PO Box 15316
Wilmington DE 19850

**Eagle Accounts Group Inc**
Attn: Officer Manager or Agent
PO Box 17400
Indianapolis IN 46217-0400

**FedLoan Servicing Credit**
Attn: Officer Manager or Agent
PO Box 60610
Harrisburg PA 17106-0610

**First Premier Bank**
Attn: Officer
3820 N Louise Ave
Sioux Falls SD 57107-0145

**Harpeth Financial Services, LLC**
c/o Glen Watson, Attorney
P.O. Box 121950
Nashville, TN 37212

**Internal Revenue Service**
Centralized Insolvency Operations
PO Box 7346
Philadelphia,PA. 19101-7346

**Cash 1**
Attn: Officer Manager or Agent
PO Box 110787
Nashville TN 37222-0787

**Credit Acceptance Corp**
Attn: Officer Manager or Agent
25505 W 12 Mile Rd #3000
Southfield MI 48034-8339

**Credit Solutions LLC**
Attn: Officer Manager or Agent
2277 Thunderstick Dr #400
Lexington KY 40505-9002

**DAVIDSON COUNTY CRIMINAL COURT**
C/O ROBINSON REAGAN & YOUNG
446 JAMES ROBERTSON PKWT
SUITE 200
NASHVILLE, TN 37219

**Discover Bank**
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

**Drive Time**
Attn: Officer Manager or Agent
PO Box 29018
Phoenix AZ 85038

**Equiant Financial Svcs**
Attn: Officer Manager or Agent
5401 N Pima Rd #150
Scottsdale AZ 85250

**First National Credit Card**
Attn: Officer
500 E 60th St N
Sioux Falls SD 57104-0478

**Fox Collection Center**
Attn: Officer Manager or Agent
PO Box 528
Goodlettsville TN 37070-0528

**InSolve Auto Funding, LLC, c/o Capital Recovery Gr**
Dept 3403
PO Box 123403
Dallas, TX 75312-3403

**Jerry E Martin Esq/US Attorney**
Middle District of TN
801 Broadway #400
Nashville TN 37203

**LEGACY VISA**
C/O MILLENNIUM FINANCIAL GROUP LLC
3000 UNITED FOUNDERS BLVD SUITE 219
OKLAHOMA CITY OK 73112

**LHR Inc**
Attn: Officer Manager or Agent
56 Main Street
Hamburg NY 14075-4905

**MAPFRE Insurance**
Attn: Officer Manager or Agent
11 Gore Road
Webster MA 01570

**MARS Inc**
Attn: Officer Manager or Agent
5810 E Skelly Drive #200
Tulsa OK 74135

**Merrick Bank**
Attn: Officer
PO Box 1500
Draper UT 84020

**MERRICK BANK**
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

**Midland Credit Management, Inc.**
as agent for MIDLAND FUNDING LLC
PO Box 2011
Warren, MI 48090

**Midland Funding LLC**
Attn: Officer Manager or Agent
8875 Aero Drive #200
San Diego CA 92123

**Navient Solutions Inc.**
220 Lasley Ave
Wilkes-Barre, PA 18706

**Navient Solutions, Inc.**
220 Lasley Ave
Wilkes-Barre, PA 18706

**Pinnacle Credit Svcs**
Attn: Officer Manager or Agent
PO Box 640
Hopkins MN 55343-0640

**Premier Bank, LLC**
c o Jefferson Capital Systems LLC
PO BOX 7999
SAINT CLOUD MN 56302-9617

**PREMIER ORTHO-DR J WIECK**
C/O FOX COLLECTION CENTER
PO BOX 528
GOODLETSVILLE, TN 37070

**PREMIER ORTHO-HARDING PT**
C/O FOX COLLECTION CENTER
PO BOX 528
GOODLETSVILLE, TN 37070

**Purchasing Power**
Attn: Officer Manager or Agent
1349 W Peachtree St NW #1100
Atlanta GA 30309

**RADIOLOGY ALLIANCE**
C/O FOX COLLECTION CENTER
PO BOX 528
GOODLETSVILLE, TN 37070

**Revenue Recovery Corp**
Attn: Officer Manager or Agent
PO Box 50250
Knoxville TN 37950-0250

**Robinson Reagan & Young PLLC**
Attn: Officer Manager or Agent
105 Broadway #300
Nashville TN 37201

**Sallie Mae/Navient/Bankruptcy Dept**
Attn: Officer Manager or Agent
PO Box 9430
Wilkes Barre PA 18773-9735

**Santander Consumer Bankruptcy Dept**
Attn: Officer Manager or Agent
PO Box 560284
Dallas TX 75356-0284

**Sprint Corp Bankruptcy Dept**
Attn: Officer Manager or Agent
PO Box 7949
Overland Park KS 66207-0949

**Sprint Corp.**
Attn Bankruptcy Dept
PO Box 7949
Overland Park KS 66207-0949

**Stellar Recovery Inc**

**TD BANK USA, N.A.**

Attn: Officer Manager or Agent
1327 Hwy 2 W #100
Kalispell MT 59901

C O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121

**TD Bank USA/Target Credit**
Attn: Officer
PO Box 673
Minneapolis MN 55440

**Tek Collect**
Attn: Officer Manager or Agent
PO Box 1269
Columbus OH 43216

**Telerhythmics LLC**
Attn: Officer Manager or Agent
60 Market Center Dr
Collierville TN 38017

**TN Atty Generals Office BK Unit**
RE: TN Student Assistance Corp
PO Box 20207
Nashville TN 37202

**TN Student Assistance Corp**
Attn: Officer Manager or Agent
PO Box 173695
Denver CO 80217-3695

**U.S. Department of Education**
C/O Nelnet
3015 South Parker Road, Suite 400
Aurora, CO 80014

**United States Attorney General**
Department of Justice
950 Pennsylvania Ave NW
Washington DC 20530-0001

**Universal Charge Account**
Attn: Officer Manager or Agent
665 Rodi Rd #300
Pittsburgh PA 15235

**US Dept of Education/Nelnet**
Attn: Officer Manager or Agent
3015 Parker Road #400
Aurora CO 80014

**Western Kentucky Univ/Perkins Loan Ofc**
Attn: Officer Manager or Agent
1906 College Hgts #11023
Bowling Green KY 42101