Marian F. Harrison
US Bankruptcy Judge



Dated: 5/9/2019

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| LATRAE DARNELL HAMPTON ) | CHAPTER: 13 |
| MIATTA KEBEE HAMPTON ) | CASE NO.: 15-02878 |
| 1501 WOODLAND POINTE DR., APT 304 ) | JUDGE: HARRISON |
| NASHVILLE, TN 37214 ) | |
| SSN: XXX-XX-6464/3267 ) | |
| Debtor | |

## ORDER GRANTING DEBTOR'S MOTION TO UTILIZE INSURANCE PROCEEDS AND TO REQUIRE CREDITOR TO RELEASE TITLE OF DESTROYED VEHICLE TO ALLOW DISPOSITION OF SALVAGE

THIS MATTER IS BEFORE THE COURT upon the Debtor's MOTION TO UTILIZE INSURANCE PROCEEDS AND TO REQUIRE CREDITOR TO RELEASE TITLE OF SALVAGED VEHICLE, with notice of proposed action having been given to all necessary parties pursuant to Local Rule 9013-1. It appearing that no objection had been filed in writing within twenty-one (21) days of the filing of the proposed action, the Motion is GRANTED and the Plan shall be modified as follows:

1. Debtor shall be authorized use insurance proceeds issued as a result of a total loss accident by Progressive Group of Insurance Companies in the amount of $4,716.00.

2. Lien-holder, Insolve Auto Funding, LLC, on the totaled 2013 Chrysler 200 shall release its lien on the title and remit same to Progressive Group of Insurance Companies to allow disposition of salvage.

3. Progressive Group of Insurance Companies shall remit $3,894.66 to the Chapter 13 Trustee to be earmarked for the claim of Insolve Auto Funding, LLC (ECF Claim #20). Progressive Group of Insurance Companies shall remit the remaining $821.34, exempt under T.C.A. §26-2-103, to the Debtors to be utilized in purchasing a replacement vehicle free and clear of liens.

IT IS SO ORDERED.

*THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.*

APPROVED FOR ENTRY:

*/s/ Jodie Thresher*
Jodie Thresher
ROTHSCHILD & AUSBROOKS, PLLC.
Attorney for Debtor(s)
1222 16th Avenue South, Suite 12
Nashville, TN 37212
(615) 242-3996 (telephone)
(615) 242-2003 (facsimile)
notice@rothschildbklaw.com

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 3:15-bk-02878    Doc 98    Filed 05/09/19    Entered 05/09/19 13:51:01    Desc Main Document      Page 2 of 2